# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD V. RITCHIE<br>    Plaintiff | : CIVIL ACTION<br>:<br>: |
| vs. | : No. 17-cv-02637<br>: |
| BRIAN MATHIEU<br>    and<br>PV HOLDING CORP.<br>    Defendants | :<br>:<br>:<br>: JURY TRIAL DEMANDED |

## PLAINTIFF'S RESPONSES TO AFFIRMATIVE DEFENSES OF PV HOLDING CORP.

### FIRST THROUGH TWENTIETH AFFIRMATIVE DEFENSES

Denied. The averments in these paragraphs are denied as conclusions of law to which no further response is required. However, to the extent that said averments are deemed factual, then the same are denied and deemed at issue and strict proof thereof will be demanded at the time of trial.

WHEREFORE, plaintiff demands judgment in his favor and that the affirmative defenses of PV Holding Corp. be dismissed.

BY: _____
GUY N. PAOLINO, ESQUIRE
Attorney for Plaintiff, Gerald V. Ritchie
Attorney I.D. No. 41051
FORBES, BENDER, PAOLINO & DiSANTI, P.C.
205 North Monroe Street
Media, PA  19063
(610) 627-1700

# **VERIFICATION**

Guy N. Paolino, Esquire, Attorney for Plaintiff, Gerald V. Ritchie, states he is acquainted with the facts contained in the foregoing Plaintiff's Responses to Affirmative Defenses of Defendant, PV Holding Corp.; that the same are true and correct to the best of his information, knowledge and belief and that this statement is made subject to the penalties of 18 Pa. C.S.A. Section 4904 relating to unsworn falsification to authorities

BY: _____
GUY N. PAOLINO, ESQUIRE
Attorney for Plaintiff, Gerald V. Ritchie
Attorney I.D. No. 41051
FORBES, BENDER, PAOLINO & DiSANTI, P.C.
205 North Monroe Street
Media, PA   19063
(610) 627-1700

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD V. RITCHIE<br>        Plaintiff | : CIVIL ACTION<br>:<br>: |
| vs. | : No. 17-cv-02637<br>: |
| BRIAN MATHIEU<br>   and<br>PV HOLDING CORP.<br>        Defendants | :<br>:<br>:<br>: JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2017, a true and correct copy of Plaintiff's Response to Affirmative Defenses of Defendant, PV Holding Corp. was electronically filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania, and electronically served upon the following counsel of record:

James E. Egbert, Esquire
Egbert & Barnes, P.C.
Suite 200
1494 Old York Road
Abington, PA  19001
**Attorney for Defendant,**
**PV Holding Corp.**

Matthew D. Garson, Esquire
Lavin, O'Neil, Cedrone & Disipio
Suite 500
190 North Independence Mall West
6th and Race Streets
Philadelphia, PA  19106
**Attorney for Defendant,**
**Brian Mathieu**

BY: _____
       GUY N. PAOLINO, ESQUIRE
       Attorney for Plaintiff, Gerald V. Ritchie
       Attorney I.D. No. 41051
       FORBES, BENDER, PAOLINO & DiSANTI, P.C.
       205 North Monroe Street
       Media, PA  19063
       (610) 627-1700

2